# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

XIAOHUI WU

)
)    CR. 06-MJ-0053 GGH
)
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**x**) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee:    XIAOHUI WU

Detained at (custodian):    San Mateo County Women's Jail

Detainee is:    (X) Charged in this district by: ( ) Indictment ( ) Information (X) Complaint
    Charging Detainee With: 18 U.S.C. § 1341, 1029(a)(2)

Detainee will:    (X) Be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary March 30, 2006 at 2:00 p.m. in the Eastern District of California.

    Signature: /s/ Robin R. Taylor
    Printed Name & Phone No: Robin R. Taylor, (916) 554-2722
    Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee March 30, 2006 at 2:00 p.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

2/24/06               /s/ Gregory G. Hollows
Date               United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Zixiao Chen, Dru Trieu, Kassandra Nyengeyuen, Cecilly Kim, Lily BJ Watasabe, Kim Watasabe, Helen Chen Mayo, Shanequa Zishiao, Paolinn Lee Mayo, Jennifer Bates | Male | Female X |
| Booking or CDC #: | | DOB: | 08/28/72 |
| Facility Address: | San Mateo County Women's Jail | Race: | |
| | 1590 Maple Street, Redwood City, CA 94063 | FBI #: | |
| Facility Phone: | 650-363-4310 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____    _____
                                       (Signature)
wu.ord