DANIEL J. BRODERICK, #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                               **OK/HAV**


Attorney for Defendant
XIAOHUI WU


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-154 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| XIAOHUI WU, | ) | |
| | ) | Date:  May 11, 2006 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. David F. Levi |
| _____ | ) | |

   It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Xiaohui Wu, though their respective attorneys, that the status conference scheduled for May 11, 2006, may be continued to June 15, 2006, at 10:00 a.m.

   Ms. Wu was arraigned on April 7.  On May 8, 2006, the assigned prosecutor resigned unexpectedly and the case is presently awaiting reassignment within the U.S. Attorney's Office.  Defense counsel spoke yesterday to the case agent who is in the process of photocopying the voluminous discovery, a process she reports as requiring several days

1 time.  Once defense counsel receives it, he will reproduce it again for
2 Ms. Wu, who has offered to review and collate it with a paralegal.  The
3 volume of discovery suggests that the case is complex, but at this point
4 the defense seeks additional time only for necessary preparation.  In
5 order to have reasonable time for all counsel and the defendant to review
6 discovery, the parties agree that time should be excluded from the date
7 of this order through June 15, 2006, under the Speedy Trial Act, pursuant
8 to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and
9 (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

Dated: May 10, 2006            /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for XIAOHUI WU


                               MCGREGOR SCOTT
                               United States Attorney

Dated: May 10, 2006            /s/ T. Zindel for L. Ferris
                               LAURA FERRIS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

/////
/////
/////
/////
/////
/////
/////
/////

Stip in U.S.A. v. X. Wu            -2-

**O R D E R**

The status conference is continued to June 15, 2006, at 10:00 a.m. The court finds that a continuance is necessary to give counsel necessary time to review voluminous discovery and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 15, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: May 11, 2006

_____
DAVID F. LEVI
United States District Judge