1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5                                           **OK/HAV**

6  Attorney for Defendant
   XIAOHUI WU
7

8

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. CR. S-06-154 DFL
                                  )
14             Plaintiff,         ) **STIPULATION AND ORDER**
                                  ) **CONTINUING STATUS CONFERENCE**
15     v.                         ) **AND EXCLUDING TIME**
                                  )
16 XIAOHUI WU,                    )
                                  ) Date: June 15, 2006
17             Defendant.         ) Time: 10:00 a.m.
                                  ) Judge: Hon. David F. Levi
18 _____)

19

20     It is hereby stipulated and agreed between plaintiff, United States
21 of America, and defendant, Xiaohui Wu, though their respective attorneys,
22 that the status conference scheduled for June 15, 2006, may be continued
23 to August 3, 2006, at 10:00 a.m.
24     Discovery in this case is more than voluminous and most of it
25 remains to be inspected by the defense.  While the discovery has been
26 photocopied for the government, arrangements have yet to be finalized for
27 sharing it with the defense -- a complicated matter because defendant is
28 in custody.  At this point the defense seeks additional time for

necessary review and preparation.  In order to have time for all counsel and the defendant to adequately review discovery, the parties agree that time should be excluded from the date of this order through August 3, 2006, under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
Federal Defender

Dated: June 14, 2006          /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for XIAOHUI WU

                                      MCGREGOR SCOTT
United States Attorney

Dated: June 14, 2006          /s/ T. Zindel for P. Ferrari
PHILIP FERRARI
Assistant U.S. Attorney
Attorney for Plaintiff

### **O R D E R**

The status conference is continued to August 3, 2006, at 10:00 a.m. The court finds that a continuance is necessary to give counsel necessary time to obtain and review voluminous discovery and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 3, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: June 15, 2006          /s/ David F. Levi
HON. DAVID F. LEVI
United States District Judge

Stip in U.S.A. v. X. Wu                    -2-