DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700        **OK/HAV**

Attorney for Defendant
XIAOHUI WU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-154 DFL |
|       Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
|   v. ) | |
| XIAOHUI WU, ) | Date: August 3, 2006 |
|       Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. David F. Levi |

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Xiaohui Wu, though their respective attorneys, that the status conference scheduled for August 3, 2006, may be continued to September 28, 2006, at 10:00 a.m.

    Discovery in this case is more than voluminous and most of it remains to be inspected by the defense. A number of tasks remain to be completed (including some defense record collection) before the parties may effectively discuss resolution without trial. The parties therefore agree that time should be excluded from the date of this order through

September 28, 2006, under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  August 2, 2006              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for XIAOHUI WU


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:  August 2, 2006              /s/ T. Zindel for P. Ferrari
                                    PHILIP FERRARI
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to September 28, 2006, at 10:00 a.m. The court finds that a continuance is necessary to give counsel necessary time to review discovery and to conduct investigation, and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 28, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

```
DATED:  August 2, 2006              /s/ David F. Levi
                                    HON. DAVID F. LEVI
                                    United States District Judge
```

Stip in U.S.A. v. X. Wu                    -2-