DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          **OK/HAV**


Attorney for Defendant
XIAOHUI WU


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-154 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| XIAOHUI WU, | ) | |
| | ) | Date: September 28, 2006 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. David F. Levi |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Xiaohui Wu, though their respective attorneys, that the status conference scheduled for September 28, 2006, may be continued to October 5, 2006, at 10:00 a.m.

The parties intend to meet over the next week to review the guidelines and determine whether it is possible to resolve the case at this stage without further review of the voluminous discovery or additional litigation. So that they may do so, the parties agree that time under the Speedy Trial Act may be excluded from the date of this

order through October 5, 2006, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code T4).

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

Dated:   September 26, 2006   /s/ T. Zindel
    TIMOTHY ZINDEL
    Assistant Federal Defender
    Attorney for XIAOHUI WU


    MCGREGOR SCOTT
    United States Attorney

Dated:   September 26, 2006   /s/ T. Zindel for P. Ferrari
    PHILIP FERRARI
    Assistant U.S. Attorney
    Attorney for Plaintiff

### **O R D E R**

The status conference is continued to October 5, 2006, at 10:00 a.m. The court finds that a continuance is necessary to give counsel necessary time to consider an early resolution of the case.  Time is therefore excluded from the date of this order through October 5, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.


DATED:   September 28, 2006
    /s/ David F. Levi
    HON. DAVID F. LEVI
    United States District Judge

Stip in U.S.A. v. X. Wu    -2-