```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814                    OK/HAV
Telephone: (916) 498-5700


Attorney for Defendant
XIAOHUI WU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-154 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| XIAOHUI WU, | ) | |
| | ) | Date: October 5, 2006 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. David F. Levi |
| _____ | ) | |

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Xiaohui Wu, though their respective attorneys, that the status conference scheduled for October 5, 2006, may be continued to October 19, 2006, at 10:00 a.m.

    The parties are unable to meet before the October 5 status conference but expect to meet before October 19 to determine whether it is possible to resolve the case at this stage without further review of the voluminous discovery or additional litigation. So that they may do so, the parties agree that time under the Speedy Trial Act may be

1 excluded from the date of this order through October 19, 2006, pursuant
2 to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and
3 (B)(iv)(Local Code T4).

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

Dated: October 3, 2006        /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for XIAOHUI WU

                                            MCGREGOR SCOTT
                                            United States Attorney

Dated: October 3, 2006        /s/ T. Zindel for P. Ferrari
                                            PHILIP FERRARI
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## O R D E R

The status conference is continued to October 19, 2006, at 10:00 a.m. The court finds that a continuance is necessary to give counsel necessary time to consider an early resolution of the case. Time is therefore excluded from the date of this order through October 19, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: October 6, 2006

_____
DAVID F. LEVI
United States District Judge

Sip in U.S.A. v. X. Wu          -2-