DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                            **OK/HAV**


Attorney for Defendant
XIAOHUI WU


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-154 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| XIAOHUI WU, ) | |
| ) | Date: October 19, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. David F. Levi |
| _____ ) | |

     It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Xiaohui Wu, though their respective attorneys, that the status conference scheduled for October 19, 2006, may be continued to November 2, 2006, at 10:00 a.m.

     The government continues to review the facts of this complex case in advance of negotiations. Because no resolution of the case is likely before October 19, the parties have agreed to move the status conference another two weeks to give them time to review the case and discuss a possible resolution. Accordingly, the parties agree that time under the

1 Speedy Trial Act may be excluded from the date of this order through
2 November 2, 2006, pursuant to Title 18, United States Code, Section
3 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 17, 2006       /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for XIAOHUI WU

                              MCGREGOR SCOTT
                              United States Attorney

Dated: October 17, 2006       /s/ T. Zindel for P. Ferrari
                              PHILIP FERRARI
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

# O R D E R

The status conference is continued to November 2, 2006, at 10:00 a.m. The court finds that a continuance is necessary to give counsel necessary time to consider an early resolution of the case. Time is therefore excluded from the date of this order through November 2, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: October 19, 2006

_____
DAVID F. LEVI
United States District Judge

Sip in U.S.A. v. X. Wu                -2-