```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700                    OK/HAV
 5

 6  Attorney for Defendant
    XIAOHUI WU
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. CR. S-06-154 DFL
                                 )
14             Plaintiff,        )  STIPULATION AND ORDER
                                 )  CONTINUING STATUS CONFERENCE
15      v.                       )  AND EXCLUDING TIME
                                 )
16  XIAOHUI WU,                  )
                                 )  Date: November 2, 2006
17             Defendant.        )  Time: 10:00 a.m.
                                 )  Judge: Hon. David F. Levi
18  _____ )

19
```

20      It is hereby stipulated and agreed between plaintiff, United States
21 of America, and defendant, Xiaohui Wu, though their respective attorneys,
22 that the status conference scheduled for November 2, 2006, may be
23 continued to November 30, 2006, at 10:00 a.m.
24      The parties have reached an agreement about guidelines calculations
25 and anticipate fully resolving the case shortly.  Issues concerning
26 restitution and return of seized goods remain unsettled, however, and the
27 parties seek additional time to resolve them.  The parties therefore ask
28 to continue the status conference to November 30, 2006, and agree that

1  time under the Speedy Trial Act may be excluded from the date of this
2  order through that date pursuant to Title 18, United States Code, Section
3  3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  November 1, 2006            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for XIAOHUI WU


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:  November 1, 2006            /s/ T. Zindel for P. Ferrari
                                    PHILIP FERRARI
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


## **O R D E R**

The status conference is continued to November 30, 2006, at 10:00 a.m.  The court finds that a continuance is necessary to give counsel necessary time to consider resolution of the case.  Time is therefore excluded from the date of this order through November 30, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.


DATED:  November 2, 2006            /s/ David F. Levi
                                    HON. DAVID F. LEVI
                                    United States District Judge