DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700           **OK/HAV**

Attorney for Defendant
XIAOHUI WU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br>XIAOHUI WU,                         )<br>                                    )<br>            Defendant.              )<br>                                    )<br>_____ ) | No. CR. S-06-154 DFL<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  November 30, 2006<br>Time:  10:00 a.m.<br>Judge: Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Xiaohui Wu, though their respective attorneys, that the status conference scheduled for November 30, 2006, may be continued to December 14, 2006, at 10:00 a.m.

The parties have reached an agreement to resolve the criminal case without trial. Additional time is needed to put the agreement in final written form and to review the final product, which is also expected to include resolution of pending forfeiture issues. The parties therefore ask to continue the status conference to December 14, 2006, and agree

1  that time under the Speedy Trial Act may be excluded from the date of
2  this order through that date pursuant to Title 18, United States Code,
3  Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  November 27, 2006           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for XIAOHUI WU


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:  November 27, 2006           /s/ T. Zindel for P. Ferrari
                                    PHILIP FERRARI
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

The status conference is continued to December 14, 2006, at 10:00 a.m.  The court finds that a continuance is necessary to give counsel necessary time to consider resolution of the case.  Time is therefore excluded from the date of this order through December 14, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.


DATED:  November 28, 2006
                                    /s/ David F. Levi
                                    HON. DAVID F. LEVI
                                    United States District Judge