DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814            **OK/HAV**
Telephone: (916) 498-5700


Attorney for Defendant
XIAOHUI WU


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. CR. S-06-154 DFL |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| XIAOHUI WU, | ) |
| | ) Date: December 14, 2006 |
| Defendant. | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. David F. Levi |

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Xiaohui Wu, though their respective attorneys, that the status conference scheduled for December 14, 2006, may be continued to January 18, 2007, at 10:00 a.m.

    The parties have reached an agreement to resolve the criminal case without trial but additional time is needed to finalize the agreement, particularly with respect to a forfeiture matter related to the criminal charges (a stipulation to resolve civil claims is expected to be part of the criminal resolution).  The parties therefore ask to continue the

1  status conference to January 18, 2007, and agree that time under the
2  Speedy Trial Act may be excluded from the date of this order through that
3  date pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and
4  (h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

8  Dated:  December 11, 2006        /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for XIAOHUI WU


                                    MCGREGOR SCOTT
                                    United States Attorney


13 Dated:  December 11, 2006        /s/ T. Zindel for P. Ferrari
                                    PHILIP FERRARI
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

The status conference is continued to January 18, 2007, at 10:00 a.m. The court finds that a continuance is necessary to give counsel necessary time to consider resolution of the case. Time is therefore excluded from the date of this order through January 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: December 14, 2006          /s/ David F. Levi
                                  HON. DAVID F. LEVI
                                  United States District Judge