DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700        **OK/HAV**

Attorney for Defendant
XIAOHUI WU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-154 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| XIAOHUI WU, | ) | |
| | ) | Date: January 18, 2007 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. David F. Levi |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Xiaohui Wu, though their respective attorneys, that the status conference scheduled for January 18, 2007, may be continued to February 1, 2007, at 10:00 a.m.

The parties continue to refine details of a stipulation to resolve a pending civil forfeiture, which they have agreed to do as a precondition to entering their plea agreement on the record. Ms. Wu and her counsel seek time to review documents submitted to them this morning and therefore ask that the status conference be continued two weeks. The

1  parties agree that time under the Speedy Trial Act may be excluded from
2  the date of this order through February 1, 2007, pursuant to Title 18,
3  United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local
4  Code T4).

5                                    Respectfully submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender
7

8  Dated: January 16, 2007           /s/ T. Zindel
                                     TIMOTHY ZINDEL
9                                    Assistant Federal Defender
                                     Attorney for XIAOHUI WU
10

11                                   MCGREGOR SCOTT
                                     United States Attorney
12

13 Dated: January 16, 2007           /s/ T. Zindel for P. Ferrari
                                     PHILIP FERRARI
14                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
15

16                                 **O R D E R**

17    The status conference is continued to February 1, 2007, at 10:00
18 a.m.  The court finds that a continuance is necessary to give counsel
19 necessary time to consider resolution of the case.  Time is therefore
20 excluded from the date of this order through February 1, 2007, pursuant
21 to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
22    IT IS SO ORDERED.
23
24 DATED:  January 18, 2007
25                                    /s/ David F. Levi
                                      HON. DAVID F. LEVI
26                                    United States District Judge
27
28

Sip in U.S.A. v. X. Wu                -2-