```
FILED
March 1, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                     )<br>          Plaintiff,                )<br>v.                                   )<br>                                     )<br>XIAOHUI WU,                          )<br>                                     )<br>          Defendant.                 ) | Case No. CR.S-06-0154-DFL<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release XIAOHUI WU, Case No. CR.S-06-0154-DFL from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $50,000.00

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        _X_ (Other) <u>Conditions as stated on the record</u>

        _X_ (Other) <u>Defendant to be released from custody to fly to Ohio on March 2, 2007 and shall surrender back to the United States Marshals Office in Sacramento no later than 4:00 pm on March 7, 2007. The Defendant is to surrender her Chinese passport to Clerk, U.S. District Court before being released.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 1, 2007  at 2:42 pm                .

                                     By   /s/ Edmund F. Brennan
                                               Edmund F. Brennan
                                               United States Magistrate Judge