DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    **OK/HAV**

Attorney for Defendant
XIOAHUI WU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   No. CR. S-06-154 DFL
                                   )
            Plaintiff,             )   **STIPULATION AND ORDER**
                                   )   **AMENDING PRESENTENCE**
      v.                           )   **AND SENTENCING SCHEDULE**
                                   )
XIAOHUI WU,                        )
                                   )   Date:  April 26, 2007
            Defendant.             )   Time:  10:00 a.m.
_____)   Judge: Hon. David F. Levi

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Xioahui Wu, that the hearing on judgment and sentencing (now scheduled for April 26, 2007) may be continued to May 10, 2007, at 10:00 a.m.  The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

    (1) Draft report due                  March 29, 2007
    (2) Informal objections due           April 12, 2007
    (3) Final report due                  April 19, 2007
    (4) Formal objections due             April 26, 2007
    (5) Reply or non-opposition due       May 3, 2007
    (6) Hearing on J & S                  May 10, 2007

This stipulation is intended to afford the probation office additional time to interview Ms. Wu.  An earlier interview was rescheduled when Ms. Wu's husband died unexpectedly.

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated: March 7, 2007          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for XIOAHUI WU

                              McGREGOR SCOTT
                              United States Attorney

Dated: March 7, 2007          /s/ T. Zindel for P. Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated: March 9, 2007          /s/ David F. Levi
                              HON. DAVID F. LEVI
                              United States District Judge