DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                                    **OK/HAV**

Attorney for Defendant
XIOAHUI WU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-06-154 DFL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER AMENDING PRESENTENCE AND SENTENCING SCHEDULE** |
| v. | ) | |
| XIAOHUI WU, | ) | |
| Defendant. | ) | Date: May 10, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. David F. Levi |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Xioahui Wu, that the hearing on judgment and sentencing (now scheduled for May 10, 2007) may be continued to June 28, 2007, at 10:00 a.m.  The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

    (1) Informal objections due    May 17, 2007

    (2) Final report due    June 7, 2007

    (3) Formal objections due    June 14, 2007

    (4) Reply or non-opposition due    June 21, 2007

    (5) Hearing on J & S    June 28, 2007 (10:00 a.m.)

/////

1   This stipulation is intended to afford defense counsel and Ms. Wu
2   additional time to review the draft PSR.

3                                           Respectfully submitted,

4                                           DANIEL J. BRODERICK
                                            Federal Defender
5

6   Dated:  May 3, 2007                     /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                           Assistant Federal Defender
                                            Attorney for XIOAHUI WU
8

9                                           McGREGOR SCOTT
                                            United States Attorney
10

11  Dated:  May 3, 2007                     /s/ T. Zindel for P. Ferrari
                                            PHILIP A. FERRARI
12                                          Assistant U.S. Attorney

13

14                          **O R D E R**

15      The above schedule is adopted.
16      IT IS SO ORDERED.

17

18  Dated:  May 3, 2007                     /s/ David F. Levi
                                            HON. DAVID F. LEVI
19                                          United States District Judge

20
21
22
23
24
25
26
27
28