```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
XIAOHUI WU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0154 DLJ |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO RELEASE PHONE RECORDINGS** |
| XIAOHUI WU, | |
| Defendant. | Judge: Hon. Lowell Jensen |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Xiaohui Wu, that the Sacramento County Sheriff's Office shall release to defendant's attorney, the Office of the Federal Defender, audio copies of recorded telephone conversations between Ms. Wu and her husband, David Bates, now in possession of the County Jail.

Ms. Wu's husband died in February 2007 while she was in custody at Sacramento County Jail. The jail digitally records telephone conversations involving inmates, preserves the recordings, and releases the recordings to law enforcement when requested. Ms. Wu asked defense

1  counsel to obtain copies of recordings of telephone calls between her and
2  her late husband so that she may have them as a remembrance. Jail
3  officials have advised counsel that they are willing to release the
4  recordings, but require a court order to do so. Counsel for the United
5  States has advised defense counsel that the government does not object to
6  entry of such an order. Accordingly, Ms. Wu asks that the Court order
7  the jail to provide copies of the requested recordings.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  September 13, 2007              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for XIAOHUI WU

                                        MCGREGOR SCOTT
                                        United States Attorney

Dated: September 12, 2007               /s/ T. Zindel for P. Ferrari
                                        PHILIP FERRARI
                                        Assistant U.S. Attorney


**O R D E R**

Upon request of defense counsel, the Sacramento County Sheriff shall release audio copies of recorded telephone conversations between defendant Xiaohui Wu and David Bates made during Ms. Wu's incarceration at the Sacramento County Jail.

IT IS SO ORDERED.

DATED: September 19, 2007               _____
                                        HON. D. LOWELL JENSEN
                                        United States District Judge

Stip in U.S.A. v. Wu                -2-