DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
XIAOHUI WU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>XIAOHUI WU,<br><br>    Defendant. | No. CR. S-06-154 DLJ<br><br>**STIPULATION AND ORDER CONTINUING HEARING REGARDING RESTITUTION**<br><br>Date:  October 9, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. D. Lowell Jensen |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Xiaohui Wu, that the hearing in regard to restitution (now scheduled for October 9, 2007) may be continued to October 30, 2007, at 10:00 a.m.

   Defense counsel is currently in jury trial in an unrelated case and unavailable. Additionally, a filing has been submitted by the government which needs to be reviewed by defense counsel and discussed with Ms. Wu.

   This continuance is intended to afford Ms. Wu, who is incarcerated at FCI Dublin, an opportunity to consult with defense counsel prior to

///

///

the hearing, which she is not expected to attend.

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 4, 2007                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for XIAOHUI WU


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  October 4, 2007                 /s/ T. Zindel for P. Ferrari
                                        PHIL FERRARI
                                        Assistant U.S. Attorney
```

**O R D E R**

The hearing on restitution is continued to October 30, 2007, at 10:00 a.m.

IT IS SO ORDERED.

```
Dated:  October 9, 2007                 /s/ D. Lowell Jensen
                                        HON. D. LOWELL JENSEN
                                        United States District Judge
```

Stip. re Restitution in U.S. v. X. Wu    2